Certificate Number: 05781-FLM-DE-041656789

Bankruptcy Case Number: 26-07541

05781-FLM-DE-041656789

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 9, 2026, at 11:38 o'clock AM PST, Hassan El-Houssami completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: November 9, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President